IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**VALERIE ROBINSON**                                                                        **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:10-cv-484-WHB-LRA**

**THE RENTAL STORE, INC.**                                                              **DEFENDANTS**

## OPINION AND ORDER

This cause is before the Court on the Report and Recommendation ("R & R") of United States Magistrate Judge Linda R. Anderson.  After considering the R & R[1] and the record in the case, the Court finds it should be adopted as the finding of this Court.

### I.  Discussion

On August 30, 2010, Plaintiff, Valerie Robinson ("Robinson"), filed a complaint in this Court alleging, *inter alia*, claims under the Fair Labor Standards Act.  On February 25, 2011, Judge Anderson entered a R & R recommending that the "Court find the settlement [reached by the parties] constitutes a fair and reasonable resolution of a bona fide dispute of the FLSA issues in this case; approve the settlement; and, enter final judgment dismissing the action with prejudice."  See R & R [Docket No. 13], at 2-3.

After reviewing the R & R and relevant portions of the record, the Court agrees that the settlement reached by the parties is fair

---

[1] The parties have waived any objections to the R & R.  See Joint Waiver [Docket No. 14].

and should be approved, and that final judgment dismissing the case should be entered.

For the foregoing reasons:

IT IS THEREFORE ORDERED that the February 25, 2011, Report and Recommendation of United States Magistrate Judge Linda R. Anderson [Docket No. 13] is hereby adopted as the finding of this Court.  A Final Judgment dismissing this case with prejudice shall be entered this day.

SO ORDERED this the 3rd day of March, 2011.


                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE